UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JON LAURENCE MARTIN, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00320-LRH-GWF |
| vs. | ) | **ORDER** |
| THOMAS R. COLLIER, et al., | ) | Defendants' Motion to Extend Discovery Deadlines (#25) |
| Defendants. | ) | |

This matter comes before the Court on Defendant's Motion to Extend Discovery Deadlines (First Request) (#25), filed on October 7, 2011.  Defendants request the Court extend the discovery deadlines in this matter by sixty (60) days.  To date, no party has filed an objection to this motion and the time for objection has expired.  LR 7-2(d) states that an opposing party's failure to respond "to any motion shall constitute a consent to the granting of the motion."  The Court will therefore grant Defendants' request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Discovery Deadlines (First Request) (#25) is **granted**.  The discovery deadlines in this case shall be as follows:

| | |
|---|---|
| Discovery Cut-off | **March 7, 2012** |
| Motions to Amend Pleadings | **December 7, 2011** |
| Expert Disclosures | **January 9, 2012** |
| Rebuttal Expert Disclosures | **February 9, 2012** |
| Dispositive Motions | **April 6, 2012** |
| Joint Pretrial Order | **May 5, 2012** |

DATED this 25th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge