# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JON LAURENCE MARTIN, | ) |
|       Plaintiff, | ) Case No. 2:11-cv-00320-LRH-GWF |
| vs. | ) **ORDER** |
| THOMAS R. COLLIER, et al., | ) |
|       Defendants. | ) |

On January 4, 2012, the Court entered Order (#35), which directed the Defendants to submit sealed copies of the Plaintiff's medical records to the Court for *in camera* review to determine whether any information contained therein should be disclosed to Defendants. The Defendants submitted sealed medical records for *in camera* review dated January 19, 2012 and February 21, 2012. The Court has now completed its review of the documents and issues the following order in regard to Defendant's Motion to Compel (#27).

The Court finds Plaintiff's medical/mental health treatment records submitted for *in camera* review contain information relevant to Plaintiff's claim for loss of income or impaired earning capacity as an attorney-at-law. The records also contain personal and private information that is irrelevant to Plaintiff's ability to function as a lawyer or to his other damage claims. Those matters will be redacted. Accordingly, Plaintiff's counsel shall make arrangements to pick up from chambers a copy of the un-redacted records and copy of the records with the redactions proposed by the Court. Plaintiff shall have until **Tuesday, March 7, 2012**, to raise any objections regarding the disclosure of the redacted medical records. If Plaintiff does not object, then Defendants'

. . .

counsel shall make arrangements to pick up from chambers a copy of the redacted medical/mental health treatment records. Accordingly,

**IT IS SO ORDERED.**

DATED this 24th day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge