# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JON LAURENCE MARTIN,

      Plaintiff,

vs.

THOMAS R. COLLIER, et al.,

      Defendants.

Case No. 2:11-cv-00320-LRH-GWF

**ORDER**

On January 4, 2012, the Court entered Order (#35), which directed the Defendants to submit sealed copies of the Plaintiff's medical records to the Court for *in camera* review to determine whether any information contained therein should be disclosed to Defendants. The Defendants submitted sealed medical records for *in camera* review dated January 19, 2012 and February 21, 2012. The Court reviewed those records and entered a Order (#41) regarding the disclosure of such. The Court received a third set of medical records dated February 28, 2012. The Court has reviewed those documents and issues the following order.

The Court finds Plaintiff's medical/mental health treatment records submitted for *in camera* review contain information relevant to Plaintiff's claim for loss of income or impaired earning capacity as an attorney-at-law. The records also contain personal and private information that is irrelevant to Plaintiff's ability to function as a lawyer or to his other damage claims. Those matters will be redacted. Accordingly, Plaintiff's counsel shall make arrangements to pick up from chambers a copy of the un-redacted records and copy of the records with the redactions proposed by the Court. Plaintiff shall have until **Friday, March 16, 2012**, to raise any objections regarding the disclosure of the redacted medical records dated February 28, 2012. If Plaintiff does not object,

then Defendants' counsel shall make arrangements to pick up from chambers a copy of the redacted medical/mental health treatment records.  Accordingly,

**IT IS SO ORDERED.**

DATED this 6th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge