# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JON LAURENCE MARTIN, | ) |
|     Plaintiff, | ) Case No. 2:11-cv-00320-LRH-GWF |
| vs. | ) **ORDER** |
| THOMAS R. COLLIER, et al., | ) |
|     Defendants. | ) |

On January 4, 2012, the Court entered Order (#35), which directed the Defendants to submit sealed copies of the Plaintiff's medical records to the Court for *in camera* review to determine whether any information contained therein should be disclosed to Defendants. The Defendants submitted sealed medical records for *in camera* review dated January 19, 2012 and February 21, 2012. The Court reviewed those records and entered a Order (#41) regarding the disclosure of such. The Court received a third set of medical records dated February 28, 2012. The Court has reviewed those documents and issues the following order.

The Court finds Plaintiff's medical/mental health treatment records submitted for *in camera* review contain information relevant to Plaintiff's claim for loss of income or impaired earning capacity as an attorney-at-law. The records also contain personal and private information that is irrelevant to Plaintiff's ability to function as a lawyer or to his other damage claims. Those matters will be redacted. Accordingly, Plaintiff's counsel shall make arrangements to pick up from chambers a copy of the un-redacted records and copy of the records with the redactions proposed by the Court. Plaintiff shall have until **Friday, March 16, 2012**, to raise any objections regarding the disclosure of the redacted medical records dated February 28, 2012. If Plaintiff does not object,

1  then Defendants' counsel shall make arrangements to pick up from chambers a copy of the redacted
2  medical/mental health treatment records.  Accordingly,
3      **IT IS SO ORDERED.**
4      DATED this 6th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge